In the Matter of Louis Goldstein et al., Appellants, against Paul J. Kern et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.

Argued February 27, 1940; decided March 12, 1940.

*H. Eliot Kaplan* and *Samuel D. Smoleff* for appellants. *William C. Chanler, Corporation Counsel (Charles F. Murphy* and *Paxton Blair* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Sears, Lewis and Conway, JJ.